UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 CLIFFORD ANTONE,
    a/k/a "Tiff,"

    Defendant.
_____/

Case: 2:22-cr-20632
Judge: Drain, Gershwin A.
MJ: Grey, Jonathan J.C.
Filed: 11-22-2022 At 12:15 PM
INDI USA V CLIFFORD ANTONE (SS)

VIOLATIONS:
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)
18 U.S.C. § 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
**21 U.S.C. §§ 841(a)(1), (b)(1)(B), and 860**
*Possession with Intent to Distribute Cocaine*

D-1 CLIFFORD ANTONE

On or about July 12, 2022, in the Eastern District of Michigan, Southern Division, CLIFFORD ANTONE, defendant herein, knowingly possessed with the intent to distribute a controlled substance, namely, a mixture and substance containing 500 grams or more of a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1000 feet of the real property comprising Paun Elementary School, Lincoln

1

Park, Michigan. All in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(B), and 860.

## COUNT TWO
### 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 860
*Possession with Intent to Distribute Fentanyl*

D-1 CLIFFORD ANTONE

On or about July 12, 2022, in the Eastern District of Michigan, Southern Division, CLIFFORD ANTONE, defendant herein, knowingly possessed with the intent to distribute a controlled substance, namely, a mixture and substance containing 400 grams or more of a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), within 1000 feet of the real property comprising Paun Elementary School, Lincoln Park, Michigan. All in violation of Title 21, United States Code, Sections 841(a)(1), 841 (b)(1)(A), and 860.

## COUNT THREE
### 18 U.S.C. § 924(c)
*Possession of a Firearm In Furtherance of a Drug Trafficking Crime*

D-1 CLIFFORD ANTONE

On or about July 12, 2022, in the Eastern District of Michigan, CLIFFORD ANTONE, defendant herein, knowingly possessed a firearm that is, a

2

Ruger, Model LCP II, .380 auto caliber, serial number: 380069668, semi-automatic pistol, in furtherance of a drug trafficking crime, that is, possession with intent to distribute a controlled substance, as alleged in Counts One and Two, in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR
## 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

D-1 CLIFFORD ANTONE

On or about July 12, 2022, in the Eastern District of Michigan, CLIFFORD ANTONE, defendant herein, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is:

- a Ruger, Model LCP II, .380 auto caliber, serial number: 380069668, semi-automatic pistol,

in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
**Criminal Forfeiture – 18 U.S.C. § 924(d) and 28 U.S.C. § 2461**

The allegations contained in Counts Three and Four of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United

States Code, Section 2461. Upon conviction of the violation charged in Counts Three or Four of this indictment, defendant shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation the offenses including, but not limited to, pursuant to Title 18, United States Code, Section 924(d)(1) together with Title 28 United States Code, Section 2461(c).

                              THIS IS A TRUE BILL

                              *s/ Grand Jury Foreperson*
                              Grand Jury Foreperson

DAWN N. ISON
United States Attorney


*s/ Craig Wininger*
CRAIG WININGER
Chief, Violent & Organized Crime Unit


*s/ Eric Straus*
ERIC STRAUS
Assistant U.S. Attorney


Dated: November 22, 2022

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** 22-cr-20354 |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | **Judge Assigned:** Robert H. Cleland |
| ☑Yes  ☐No | **AUSA's Initials:** _[signature]_ |

**Case Title:** USA v. Clifford Antone

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

Case: 2:22-cr-20632
Judge: Drain, Gershwin A.
MJ: Grey, Jonathan J.C.
Filed: 11-22-2022 At 12:15 PM
INDI USA V CLIFFORD ANTONE (SS)

**Superseding Case Information**

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

November 22, 2022
Date

_[signature]_
Eric M. Straus
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Eric.Straus@usdoj.gov
(313) 226-9648
Bar #: P38266

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.